# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **STINGRAY IP SOLUTIONS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **SIGNIFY N.V.,** § | |
| § | **CIVIL ACTION NO. 2:21-cv-44** |
| Defendant. § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Stingray IP Solutions, LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

>Jeffrey R. Bragalone
>Texas Bar No. 02855775
>Bragalone Conroy PC
>2200 Ross Avenue
>Suite 4500W
>Dallas, TX 75201
>Tel: (214) 785-6670
>Fax: (214) 785-6680
>jbragalone@bcpc-law.com

Dated: February 12, 2021                                  Respectfully submitted,

*/s _ Jeffrey R. Bragalone*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Marcus Benavides
Texas Bar No. 24035574
Jerry D. Tice II
Texas Bar No. 24093263
Hunter S. Palmer
Texas Bar No. 24080748
**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
tsaad@bcpc-law.com
mbenavides@bcpc-law.com
jtice@bcpc-law.com
hpalmer@bcpc-law.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH, & HILL, PLLC**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
STINGRAY IP SOLUTIONS, LLC**
