IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, § § | |
| Plaintiff, § § | |
| v. § § | C.A. No. 2:21-CV-00044-JRG |
| SIGNIFY N.V., § SIGNIFY (CHINA) INVESTMENT CO., § LTD., § SIGNIFY HONG KONG LIMITED, § SIGNIFY NETHERLANDS B.V., and § SIGNIFY POLAND SP. Z.O.O., § § | JURY TRIAL DEMANDED |
| Defendants. § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Pursuant to the Court's Scheduling Order (Dkt. No. 18), Stingray IP Solutions, LLC ("Stingray" or "Plaintiff") files this Notice of Compliance hereby informing the Court that Plaintiff served its P.R. 3-1 and 3-2 disclosure of asserted claims and infringement contentions on Defendants on July 1, 2021, through counsel of record for Defendant Signify N.V. Service was made via electronic mail. As of July 1, 2021, no counsel for remaining Defendants has yet made an appearance in this case. Accordingly, Plaintiff also served the remaining Defendants via mail at each Defendant's foreign address, as well as the address for U.S. subsidiary Signify North America Corporation.

-2-

**Dated:  July 2, 2021**                     Respectfully submitted,

*/s/ Jeffrey R. Bragalone*
*/s/ Wesley Hill (by permission)*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Marcus Benavides
Texas Bar No. 24035574
Hunter S. Palmer
Texas Bar No. 24080748
**BRAGALONE OLEJKO SAAD PC**
2200 Ross Avenue
Suite 4600W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bosfirm.com
tsaad@bosfirm.com
mbenavides@bosfirm.com
hpalmer@bosfirm.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH, & HILL, PLLC**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
STINGRAY IP SOLUTIONS, LLC**

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, on July 2, 2021, to be served via the Court's electronic filing system upon all counsel of record.

*/s/ Hunter S. Palmer*