IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>SIGNIFY N.V.,<br>SIGNIFY (CHINA) INVESTMENT CO., LTD.,<br>SIGNIFY HONG KONG LIMITED,<br>SIGNIFY NETHERLANDS B.V., and<br>SIGNIFY POLAND SP. Z.O.O.,<br><br>   *Defendants*. | Civil Action No. 2:21-cv-00044-JRG |

## **NOTICE OF APPEARANCE**

Please take notice that Adam Swain of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Signify N.V. ("Signify") in the above-captioned case. Adam Swain is admitted to practice in this Court, and Signify respectfully requests that the Court take note of this Notice of Appearance and make Adam Swain one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Adam Swain at the address set forth below.

1

2

DATED: July 14, 2021                Respectfully submitted,
                                    */s/ Adam Swain*
                                    Adam Swain (DC Bar # 992063)
                                    ALSTON & BIRD LLP
                                    950 F Street NW
                                    Washington, DC 20004
                                    Phone: 202.239.3300
                                    Fax:    202.239.3333
                                    Email: adam.swain@alston.com

                                    *Attorney for Defendant Signify N.V.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 14 , 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                     */s/ Adam Swain*
                                     Adam Swain