# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SIGNIFY N.V., <br> SIGNIFY (CHINA) INVESTMENT CO., LTD., <br> SIGNIFY HONG KONG LIMITED, <br> SIGNIFY NETHERLANDS B.V., and <br> SIGNIFY POLAND SP. Z.O.O., <br><br> *Defendants*. | Civil Action No. 2:21-cv-00044-JRG |

## **NOTICE OF APPEARANCE**

Please take notice that Wade Perrin of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Signify N.V. ("Signify") in the above-captioned case. Wade Perrin is admitted to practice in this Court, and Signify respectfully requests that the Court take note of this Notice of Appearance and make Wade Perrin one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Wade Perrin at the address set forth below.

1

DATED: July 14, 2021	Respectfully submitted,
	*/s/ Wade Perrin*
	Wade Perrin (NJ Bar # 090802013)
	ALSTON & BIRD LLP
	90 Park Avenue; 15th Floor
	New York, New York 10016-1387
	Phone: 212.210.9400
	Fax:    212.210.9444
	Email: wade.perrin@alston.com

	*Attorney for Defendant Signify N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 14, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Wade Perrin*
                                        Wade Perrin