IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00044-JRG |
| | § | LEAD CASE |
| SIGNIFY N.V., SIGNIFY (CHINA) INVESTMENT CO., LTD., SIGNIFY HONG KONG LIMITED, SIGNIFY NETHERLANDS B.V., SIGNIFY POLAND SP. Z.O.O., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*. Defendant Signify N.V. ("Signify") filed its Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") (Dkt. No. 23) on June 28, 2021. On July 15, 2021, Plaintiff Stingray IP Solutions, LLC) ("Stingray") filed a Motion for Expedited Jurisdictional Discovery and to Extend Time to Respond to Defendant Signify N.V.'s Motion to Dismiss (the "Motion for Jurisdictional Discovery") (Dkt. No. 33).

The Court notes that Signify has not requested a hearing on the Motion to Dismiss or filed a motion to stay pending resolution of the same.[1] However, the Court finds that it might benefit from oral argument regarding the above motions, which were fully briefed on August 2, 2021. Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Dkt. No. 23) and

---

[1] In its response to the Motion for Jurisdictional Discovery, Signify opposes the request for such discovery but asks the Court, alternatively, to stay the case if Stingray's request is granted. (Dkt. No. 39). Otherwise, Signify's has filed no independent motion seeking a stay.

the Motion for Jurisdictional Discovery (Dkt. No. 33) are set for oral argument on **Friday, October 8, 2021 at 2:00 p.m.** in Marshall, Texas.

    **So ORDERED and SIGNED this 27th day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE