NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**In re: SIGNIFY N.V.,**
*Petitioner*

———————————

2021-191

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:21-cv-00043-JRG and 2:21-cv-00044-JRG, Chief Judge J. Rodney Gilstrap.

———————————

**ON PETITION**

———————————

Before DYK, PROST, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

On September 24, 2021, Signify N.V. filed a petition for a writ of mandamus asking this court to direct the United States District Court for the Eastern District of Texas to "rule on Signify N.V.'s motion to dismiss or transfer before proceeding to the merits of the case," including before the November 10, 2021 claim construction hearing. Pet. at 4. On October 22, 2021, the district court ruled on Signify's motion.

2                                                        IN RE: SIGNIFY N.V.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition is dismissed as moot.

FOR THE COURT

<u>October 27, 2021</u>        <u>/s/ Peter R. Marksteiner</u>
Date                          Peter R. Marksteiner
                              Clerk of Court

s31