IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SIGNIFY N.V., SIGNIFY (CHINA) INVESTMENT CO., LTD., SIGNIFY HONG KONG LIMITED, SIGNIFY NETHERLANDS B.V., SIGNIFY POLAND SP. Z.O.O.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:21-CV-00044-JRG<br><br>[LEAD CASE] |

## ORDER

Before the Court is Plaintiff's Opposed Motion for Expedited Briefing Related to Plaintiff Opposed Motion to Amend (the "Motion to Expedite Briefing") filed by Plaintiff Stingray IP Solutions, LLC ("Stingray"). (Dkt. No. 92). In Motion to Expedite Briefing, Stingray requests that the Court expedite the briefing schedule for Stingray's Opposed Motion to Amend the Court's Docket Control Order (Dkt. No. 91) (the "Motion to Amend").

Having considered the Motion to Expedite Briefing, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Defendants shall have until December 3, 2021 to file their response to Stingray's Opposed Motion to Amend (Dkt. No. 91). No reply or sur-reply shall be filed without prior leave of the Court.

**So Ordered this**

**Nov 29, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE