# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SIGNIFY N.V.,<br>SIGNIFY (CHINA) INVESTMENT CO., LTD.,<br>SIGNIFY HONG KONG LIMITED,<br>SIGNIFY NETHERLANDS B.V., and<br>SIGNIFY POLAND SP. Z.O.O.,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00043-JRG (consolidated)<br><br>Civil Action No. 2:21-cv-00044-JRG (lead) |

## JOINT MOTION TO CONTINUE STAY OF ALL DEADLINES

Plaintiff Stingray IP Solutions, LLC and Defendants Signify N.V., Signify (China) Investment Co., Ltd., Signify Hong Kong Limited, Signify Netherlands B.V., and Signify Poland Sp. z.o.o. ("Defendants") (collectively, the "Parties") respectfully submit this Joint Motion to Continue Stay of All Deadlines. The Parties have now finalized and executed a completed settlement agreement but its finalization was delayed by the intervening holidays, such that additional time is necessary for any required payment to be completed before dismissal papers are filed. In view of these facts, the Parties respectfully request the Court further stay the case for an additional fifteen (15) days, during which period they will file appropriate dismissal papers.

Dated: January 7, 2022

 /s/ Brady Cox
Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
Adam Ahnhut (TX Bar No. 24106983)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone:  214.922.3443
Facsimile:  214.922.3843
Email:  mike.newton@alston.com
Email:  brady.cox@alston.com
Email:  adam.ahnhut@alston.com

Adam D. Swain (DC Bar No. 492063)
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Telephone:  202.239.3300
Facsimile:  202.239.3333
Email:  adam.swain@alston.com

Lauren N. Griffin (NC Bar No. 54766)
**ALSTON & BIRD LLP**
One South at The Plaza
101 S Tryon St, Suite 4000
Charlotte, NC 28280
Telephone:  704.444.1059
Facsimile:  704.444.1111
Email:  lauren.griffin@alston.com

*Attorneys for Signify Defendants*

Respectfully submitted,

 /s/ Terry Saad (by permission)
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Marcus Benavides
Texas Bar No. 24035574
Hunter S. Palmer
Texas Bar No. 24080748
**BRAGALONE OLEJKO SAAD PC**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone:  214.785.6670
Fax: 214.785.6680
jbragalone@bosfirm.com
tsaad@bosfirm.com
mbenavides@bosfirm.com
hpalmer@bosfirm.com

Wesley Hill
Texas Bar No. 24032294
**WARD, SMITH, & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606
Telephone: 903.757.6400
Fax: 903.757.2323
wh@wsfirm.com

*Attorneys for Stingray IP Solutions, LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), I confirm that I have complied with the meet and confer requirement of Local Rule CV-7(h) and confirmed with Terry Saad, counsel for Plaintiff, via email on January 7, 2022 that Plaintiff joins in and does not oppose the relief requested in this motion.

                                              */s/ Brady Cox*
                                              Brady Cox

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of January, 2022.

                                              */s/ Brady Cox*
                                              Brady Cox